UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michael H. Bradford,

    Plaintiff,

-v-                                        Case No. 2:12–cv–659

John Sherrod, et al.,                Judge Michael H. Watson

    Defendants.

## ORDER

On July 23, 2012, the U.S. Magistrate Judge issued an Order and Report and Recommendation ("R&R") granting Plaintiff's motion for leave to proceed *in forma pauperis* and recommending that the Court dismiss this action for lack of jurisdiction. R&R, ECF No. 4. The Magistrate Judge observed federal jurisdiction is lacking because all of the parties are Ohio citizens and Plaintiff does not assert a federal cause of action.

Plaintiff has filed an objection in which he argues the Court has jurisdiction because he asserts claims of federal mail and wire fraud. ECF No. 10. Plaintiff's objection is without merit because the federal mail and wire fraud laws are criminal statutes that do not, by themselves, give rise to a private civil cause of action. *Morganroth & Morganroth v. DeLaurean*, 123 F.3d 374, 386 (6th Cir. 1997).

The Court **OVERRULES** Plaintiff's objection and **ADOPTS AND AFFIRMS** the Magistrate Judge's R&R. The Court **DISMISSES** this action for lack of jurisdiction.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT